IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -5 AM 10: 13

CLERK, U.S. DIST. CT.
W D OF TN, MEMPHIS

GORDON NEWSOME, GAVIN
NEWSOME, CHARISSA NEWSOME,
and DESTINY NEWSOME, Minors, by
HAZEL D. THOMPSON, Guardian
and Next Friend,

        Plaintiff,

No. 04-2752-BV

vs.

PRIMERICA LIFE INSURANCE CO. and
STEVE A. STOKES,

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This cause came on to be heard on May 4, 2005, upon the Motion of Weissman, Ostrow and Mitchell for permission to withdraw as counsel of record for Plaintiff in the above-entitled cause, upon conference with Lang Wiseman, Attorney for Defendants, and the Honorable Diane K. Vescovo, and upon the record as a whole, and

IT APPEARING TO THE COURT that after review of the record and hearing the statements of counsel, the Court is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

That the Motion to Withdraw as Counsel of Record is granted and Weissman, Ostrow & Mitchell are hereby relieved as counsel of record for Hazel D. Thompson, Guardian and Next Friend of Gordon Newsome, Gavin Newsome, Charissa Newsome, and Destiny Newsome, Minors, in this action.



_[signature]_
JUDGE

May 5, 2005
DATE

APPROVED FOR ENTRY:

WEISSMAN, OSTROW & MITCHELL

_[signature]_
Max L. Ostrow            (8832)
5118 Park Ave., Suite 600
Memphis, TN 38117
901-763-2134

WISEMAN, BIGGS & BRAY

_[signature]_
Lang Wiseman            (018293)
1665 Bonnie Lane, Suite 106
Memphis, TN 38016
901-372-5003

## CERTIFICATE OF SERVICE

I, Max L. Ostrow, certify that a copy of the foregoing document was sent by regular U.S. Mail, postage prepaid, to Mr. Lang Wiseman, Attorney at Law, 1665 Bonnie Lane, Suite 106, Memphis, TN 38016, fax 901-383-6599, this ___5th___ day of _____May_____, 2005.

_[signature]_
Max L. Ostrow

c:\thompson\order withdraw

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02752 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Max L. Ostrow
WEISSMAN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Honorable J. Breen
US DISTRICT COURT