IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22 AM 9: 41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN. MEMPHIS

GORDON NEWSOME,
GAVIN NEWSOME,
CHARISSA NEWSOME, Minors
by HAZEL D. THOMPSON, Guardian
and Next Friend,

        Plaintiff,

v.                                                          No. 04-2752 B

PRIMERICA LIFE INSURANCE COMPANY
and STEVE A. STOKES,

        Defendants.

_____

ORDER DIRECTING CLERK OF COURT TO FORWARD ORDER
TO PRO SE PLAINTIFF AND ORDERING PLAINTIFF TO ADVISE
THE COURT OF SUBSTITUTE COUNSEL AND
TO RESPOND TO PENDING MOTION TO DISMISS

_____

In an order entered on the Court's docket on May 9, 2005, the magistrate judge granted the

motion of Max Ostrow to withdraw as counsel for the Plaintiff, Hazel Thompson. As it has come

to the Court's attention that this order was never mailed to the Plaintiff, the Clerk of Court is hereby

directed to forward a copy thereof (Doc. No. 12) to the Plaintiff at the following address: Hazel

Thompson, 4020 Pattye Ann, Memphis, Tennessee 38116.

In his motion to withdraw, Ostrow indicated that he had notified the Plaintiff of a conflict

of interest involving his representation of Defendant Steve A. Stokes and his wife in other matters

and had advised her that "she should seek other counsel to represent her in this matter." (Mot. to

Withdraw as Counsel of Record at 1.) On June 14, 2005, the Defendant Stokes filed a motion to

dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, bearing a

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-25-05_

16

certificate of service reflecting that a copy of the motion was sent directly to Thompson.

Based upon the information before it, the Court assumes Thompson is aware Mr. Ostrow is no longer acting as counsel in her behalf and that a dispositive motion remains pending in this case. However, she has failed to respond to the motion, even though the time for such response has expired, or to otherwise communicate with the Court. Accordingly, in the interest of moving this matter forward, the Plaintiff is hereby ORDERED, within fifteen (15) days of the entry hereof, to advise the Court of the name and address of substitute counsel or of her decision to proceed pro se. In either case, the Plaintiff is further ORDERED to respond to the pending motion to dismiss within thirty (30) days of this order. Failure by the Plaintiff to timely comply with the Court's directives herein may result in the dismissal of her lawsuit with prejudice, pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is also DIRECTED to forward a copy of this order to Thompson at the address set forth herein.

IT IS SO ORDERED this 21ˢᵗ day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02752 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Hazel D. Thompson
4020 Pattye Ann Dr.
Memphis, TN 38116

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT