IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -8 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GORDON NEWSOME,
GAVIN NEWSOME, CHARISSA
NEWSOME, and DESTINY NEWSOME,
Minors by HAZEL D. THOMPSON, Guardian
and Next Friend.

    Plaintiff,

v.                                                         No. 04-2752 B V

PRIMERICA LIFE INSURANCE COMPANY
and STEVE A. STOKES,

    Defendants.

## ORDER GRANTING PRIMERICA'S MOTION TO COMPEL
## AND DEEMING ADMITTED REQUESTS FOR ADMISSION

This matter came before the Court upon the Motion submitted by Primerica seeking to compel answers and responses to its First Set of Interrogatories and Requests for Production, and to deem admitted certain Requests for Admission; the Certificate of Consultation filed by counsel for Primerica; and the entire record herein.

It appearing that there is good cause to grant the Motion for the reasons stated therein.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.    Plaintiffs shall serve answers and responses to Primerica's First Set of Interrogatories and Requests for Production within ten (10) days of entry of this Order; and,

2.    Primerica's Requests for Admission are deemed admitted pursuant to Rule 36.

_Diane K. Vescovo_
JUDGE

DATE: _August 8, 2005_

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-8-05_

R:\Clients\Primerica\PROPOSED ORDER.doc

EXHIBIT B

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02752 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Hazel D. Thompson
4020 Pattye Ann Dr.
Memphis, TN 38116

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT