IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GORDON NEWSOME,
GAVIN NEWSOME, CHARISSA
NEWSOME and DESTINY NEWSOME,
Minors by HAZEL B. THOMPSON, Guardian
and Next Friend,

      Plaintiffs,

v.                                                     No. 04-2752-B/V

PRIMERICA LIFE INSURANCE
COMPANY and STEVE A. STOKES,

      Defendants.

---

## ORDER OF REFERENCE

---

Before the court is Defendants' Motion to Dismiss as Sanction for Plaintiffs' Failure to Comply with Court Orders, for Failure to Respond to Pending Motion to Dismiss by Defendant Stokes, and for Failure to Participate in Discovery filed on August 26, 2005.

This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order/report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 30th day of August, 2005.

                                    J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-31-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02752 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Hazel D. Thompson
4020 Pattye Ann Dr.
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT